UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                              Case No. 16-73515-reg

CRAIG T. MARINO,                                    Chapter 7

                                    Debtor.    Hon. Robert E. Grossman
----------------------------------------------------------x

## ORDER AVOIDING JUDICIAL LIENS ON REAL PROPERTY

Debtor, Craig T. Marino, having moved this Court for an Order, pursuant to 11 U.S.C. § 522(f), avoiding the judicial liens listed below, and upon reading the application of Andrew M. Doktofsky, P.C., dated October 16, 2018, and no opposition having been interposed, and a hearing having been held before this Court on April 29, 2019, and due deliberation having been had thereon, and good and sufficient cause appearing, it is

ORDERED, that the debtor's motion is granted; and it is further

ORDERED, that the following judicial liens on the real property owned by the debtor, located at 17 Cottage Drive, Farmingville, NY 11738, entered with the Clerk of the County of Suffolk, are hereby avoided in their entireties:

1. Asha Singh v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on May 3, 2010, in the amount of $629.73;

2. Amtech Consultancy Inc. d/b/a GR 2 Granities v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on August 11, 2010, in the amount of $14,304.98;

3. Star Community Publishing Group LLC v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on September 15, 2010, in the amount of $1,306.37;

4. Armstrong Cabinet Products Inc v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on October 6, 2010, in the amount of $3,646.11;

5. Hindustan Granites Inc v Craig Marino, recorded with the Clerk of Suffolk Count State of New York, on December 2, 2010, in the amount of $27,071.81;

6. JPMorgan Chase Bank NA v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on December 13, 2010, in the amount of $102,361.57, and in the amount of $104,363.62;

7. Workers Compensation Board of the State of New York v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on March 1, 2011, in the amount $15,472.81;

8. Mohawk Serving LLC as assignee of Mohawk Carpet Distribution Inc v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on March 21, 2012, in the amount of $43,291.32;

9. Charles Schober Company v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on April 11, 2012, in the amount of $4,402.15;

10. Midland Funding LLC v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on November 19, 2012, in the amount of $18,949.41;

11. Midland Funding LLC v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on May 14, 2013, in the amount of $1,938.74;

12. CACH LLC v Craig Marino, recorded with the Clerk of Suffolk County, State of New York, on August 13, 2013, in the amount of $28,579.32; and it is further

ORDERED, that the Clerk of the County of Suffolk of the State of New York record a certified copy of this Order of the Bankruptcy Court as an instrument avoiding the liens as set forth herein; and it is further

ORDERED, that all stays imposed by this Court against the sale of the property located at 17 Cottage Drive, Farmingville, NY 11738 are hereby vacated.

Dated: Central Islip, New York  
       May 3, 2019

/s/ Robert E. Grossman  
**Robert E. Grossman**  
**United States Bankruptcy Judge**